# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN KHAN, et al., *Plaintiffs*, v. BOARD OF DIRECTORS OF PENTEGRA DEFINED CONTRIBUTION PLAN, et al., *Defendants*. | Case No. 7:20-cv-07561 |

## PLAINTIFFS' MOTION TO PROVISIONALLY SEAL

In accordance with the Court's Individual Practice 5(B), Plaintiffs seek leave to file their Discovery Dispute Statement attached to the parties' Joint Status Report under seal.

In support of this Motion, Plaintiffs state that their attachment to the parties' Joint Status Report describing the parties' current discovery dispute contains quotations from documents produced by Defendants which have been designated as Confidential pursuant to the terms of the Protective Order in this matter (Doc. 121). Plaintiffs request that the Court provisionally seal this document to provide Defendants an opportunity to submit a brief in response to this Motion as to whether they maintain confidentiality on these documents.

For these reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Provisionally Seal Plaintiffs' Discovery Dispute Statement.

---

Motion denied without prejudice. The Court respectfully directs the Clerk of Court to strike document number 127 from the docket. When any discovery dispute is ripe for the Court's intervention, the parties shall follow the procedures set forth in the Court's Individual Practices Rule 4.E.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       November 2, 2021

| | |
|---|---|
| Dated: November 1, 2021 | /s/ Troy A. Doles |
| | Jerome J. Schlichter* |
| | SCHLICHTER BOGARD & DENTON, LLP |
| | Andrew D. Schlichter |
| | Troy A. Doles* |
| | Alexander L. Braitberg* |
| | 100 S. Fourth Street, Ste. 1200 |
| | St. Louis, MO 63102 |
| | Phone: (314) 621-6115 |
| | Fax: (314) 621-5934 |
| | jschlichter@uselaws.com |
| | aschlichter@uselaws.com |
| | tdoles@uselaws.com |
| | abraitberg@uselaws.com |
| | *admitted Pro Hac Vice* |
| | |
| | Counsel for Plaintiffs |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 1, 2021, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ Troy A. Doles
Troy A. Doles

2