# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN KHAN, et al.,<br><br>                     *Plaintiffs*,<br>v.<br><br>BOARD OF DIRECTORS OF PENTEGRA<br>DEFINED CONTRIBUTION PLAN, et al.,<br><br>                     *Defendants*. | Case No. 7:20-cv-07561 |

## JOINT MOTION TO SEAL

In accordance with the Court's Individual Practice 5(B), Plaintiffs and Defendants in the above-captioned matter (jointly the "Parties") seek leave to file Plaintiffs' Exhibits 1–6, and Defendants' Exhibits A–G attached to the Parties' Joint Pre-Motion Letter under seal.

In support of this Motion, the Parties state that the Joint Pre-Motion Letter quotes documents that have been designated as Confidential pursuant to the terms of the Protective Order (Doc. 121) because they disclose sensitive business and corporate financial information. Because these quotations form the basis of the discovery dispute outlined in the Joint Pre-Motion Letter, the Parties submit the documents from which they were drawn to provide the Court the context in which these quotations were made.

For these reasons, the Parties respectfully request that the Court grant the Parties' Motion to Seal Plaintiffs' Exhibits 1–6 and Defendants' Exhibits A–G to the Parties' Joint Pre-Motion Letter.

> Granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>            November 12, 2021

Dated: November 11, 2021

| | |
|---|---|
| /s/ Troy A. Doles | /s/ Mark C. Nielsen |
| SCHLICHTER BOGARD & DENTON LLP | GROOM LAW GROUP, CHARTERED |
| Andrew D. Schlichter, Bar No. 4403267 | Mark C. Nielsen, Bar No. MN4214 |
| Jerome J. Schlichter* | Sarah M. Adams (*pro hac vice*) |
| Troy A. Doles* | Edward J. Meehan (*pro hac vice*) |
| Kurt C. Struckhoff* | David N. Levine (*pro hac vice*) |
| Alexander L. Braitberg* | Kevin L. Walsh (*pro hac vice*) |
| 100 South Fourth Street, Suite 1200 | Ross P. McSweeney (*pro hac vice*) |
| St. Louis, Missouri 63102 | Kalena R. Kettering (*pro hac vice*) |
| Telephone: (314) 621-6115 | 1701 Pennsylvania Ave., N.W. |
| Facsimile: (314) 621-5934 | Washington, D.C. 20006 |
| aschlichter@uselaws.com | 202-857-0620 (phone) |
| jschlichter@uselaws.com | 202-659-4503 (fax) |
| tdoles@uselaws.com | mnielsen@groom.com |
| kstruckhoff@uselaws.com | sadams@groom.com |
| abraitberg@uselaws.com | emeehan@groom.com |
| *admitted *pro hac vice* | dlevine@groom.com |
| | kwalsh@groom.com |
| *Interim Class Counsel for All Plaintiffs* | rmcsweeney@groom.com |
| | lkettering@groom.com |
| | *Attorneys for Defendants* |

1