UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IMRAN KHAN, et al.,

                Plaintiffs,

v.

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-07561 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared today for a telephone conference. After hearing from the parties, the Court ruled on the discovery disputes raised in the joint letter dated November 11, 2021 (Doc. 129). For the reasons stated and as discussed on the record, the Court directed that Defendants produce: (1) "Deferred Credit Account" statements; (2) documents concerning payments to extravagant hotels within the limitations period; and (3) the PSI Board meeting minutes within the limitations period, redacting anything unrelated to this agreement only. The Court further directed the parties to meet and confer concerning the cost of sanitization and production of the e-mails concerning the fee and revenue issue.

    The Court extended the deadline to complete fact discovery to May 30, 2022. Expert and all discovery shall be completed by July 29, 2022. The case management conference scheduled for April 12, 2022 is adjourned to August 31, 2022 at 10:30 a.m.

SO ORDERED.

Dated: White Plains, New York
       December 8, 2021

_____
Philip M. Halpern
United States District Judge