# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN KHAN, et al.,<br><br>       *Plaintiffs*,<br><br>v.<br><br>BOARD OF DIRECTORS OF PENTEGRA DEFINED CONTRIBUTION PLAN, et al.,<br><br>       *Defendants*. | Case No. 7:20-cv-07561 |

## PLAINTIFFS' CONSENT MOTION TO WITHDRAW RICHARD GREENBERG, GREGORY S. DIGSBY, LINDSEY CLARK, AND CHRYSTAL LEWIS AS NAMED PLAINTIFFS

Plaintiffs Imran Khan, Joan Bullock, and Pamela Joy Wood ("Plaintiffs") respectfully request that this Court permit named Plaintiffs Richard Greenberg, Gregory S. Digsby, Lindsey Clark, and Chrystal Lewis to withdraw as Named Plaintiffs in this action. Plaintiffs have conferred with Defendants and they do not object to the relief requested herein. The withdrawal of Mr. Greenberg, Mr. Digsby, Ms. Clark, and Ms. Lewis will not prejudice the parties in this action. In support of their motion, Plaintiffs state the following:

1. On September 15, 2020, Plaintiffs filed an action under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*, on behalf of participants and beneficiaries of the Pentegra Defined Contribution Plan for Financial Institutions (the "Plan"). Doc. 1; 29 U.S.C. § 1132(a)(2), (3).

2. On October 13, 2020, Plaintiffs Richard Greenberg, Gregory S. Digsby, Lindsey Clark, and Chrystal Lewis filed an action against the Board of Directors of the Pentegra Defined Contribution Plan for Financial Institutions, Pentegra Services, Inc., and John Does 1-20 in this Court, No. 7:20-cv-8503. Doc. 1.

3. On November 11, 2020, Defendants moved to consolidate the two actions. Doc. 56.

---

> Consent motion granted. The Clerk of Court is respectfully directed to terminate plaintiffs Richard Greenberg, Gregory S. Digsby, Lindsey Clark, and Chrystal Lewis as named plaintiffs in this action. The withdrawal as named plaintiffs is without prejudice to a determination of whether they qualify as class members should a class be certified in the case.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>     January 27, 2022

4. On December 11, 2020, the Court entered an Order consolidating the two matters and directing all plaintiffs to file a Consolidated Amended Complaint. Doc. 72.

5. Plaintiffs filed a Consolidated Amended Complaint on December 28, 2020, also adding Pamela Joy Wood as a Named Plaintiff. Doc. 74.

6. Plaintiffs now move to withdraw Richard Greenberg, Gregory S. Digsby, Lindsey Clark, and Chrystal Lewis to withdraw as Named Plaintiffs in this action.

7. Mr. Greenberg, Mr. Digsby, Ms. Clark, and Ms. Lewis's withdrawal will not prejudice Defendant because the remaining named Plaintiffs intend to pursue the same claims on behalf of the same participants and beneficiaries of the Plan.

8. Should the Court grant Plaintiffs' Motion to withdraw as Named Plaintiffs, Plaintiffs Imran Khan, Joan Bullock, and Pamela Joy Wood will continue to serve as named Plaintiffs and will continue to seek to represent the class of participants in the Plans.

9. Plaintiffs request that the Court's ruling on this motion not affect the determination of whether Mr. Greenberg, Mr. Digsby, Ms. Clark, or Ms. Lewis qualifies to be a class member, should a class ultimately be certified in this case.

For these reasons, Plaintiffs request that Plaintiffs Richard Greenberg, Gregory S. Digsby, Lindsey Clark, and Chrystal Lewis be withdrawn as named plaintiffs in this matter.

Dated: January 26, 2022  /s/ Troy A. Doles
Jerome J. Schlichter*
Schlichter Bogard & Denton, LLP
Andrew D. Schlichter
Troy A. Doles*
Alexander L. Braitberg*
100 S. Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
aschlichter@uselaws.com
tdoles@uselaws.com
abraitberg@uselaws.com
*admitted Pro Hac Vice

Interim Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2022, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ Troy A. Doles
Troy A. Doles

3