# Plaintiffs' Direct Testimony Affidavit for Named Plaintiff Imran Khan

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IMRAN KHAN, et al.,

               *Plaintiffs*,

v.                                                        No. 7:20-cv-07561

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al,

               *Defendants*.

**AFFIDAVIT OF IMRAN KHAN**

I, Imran Khan, being of lawful age, hereby declare the following facts as my direct testimony as a named plaintiff and class representative for Plaintiffs in the non-jury portion of this case.

1.      I am one of the named plaintiffs in this matter. I have been declared by the Court to be an adequate class representative for the following class: "All participants and beneficiaries of the Pentegra Defined Contribution Plan for Financial Institutions [the 'Plan'] from September 15, 2014 through the date of judgment, excluding Defendants." Dkt. 191 at 11.

2.      I am a current participant in the Plan. I began participating in the Plan during 2018.

3.      I am currently employed by First Citizens Bank as a Senior Compliance Analyst. I was previously employed by the Federal Home Loan Bank of New York ("FHLB") as a Senior Technology Risk and Compliance Analyst. The FHLB adopted the Plan for its employees, which enabled me to participate in the Plan. Although I left employment at FHLB in 2019 to pursue another opportunity, I continued to participate in the Plan since that time.

4.      As a current participant in the Plan, and through my attorneys, I am seeking certain equitable relief based on Plaintiffs' claims that Defendants breached their fiduciary duties and committed prohibited transactions in connection with the fees paid to Pentegra Retirement Services, Inc. ("PSI") for services rendered to the Plan.

1

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED: February 27, 2024

Imran Khan (Feb 27, 2024 23:07 EST)

Imran Khan

2