# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IMRAN KHAN, et al.,

*Plaintiffs*,

v.                                                    No. 7:20-cv-07561

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al,

*Defendants*.

## PLAINTIFFS' MOTION TO SEAL

In accordance with the Court's Individual Practice 5(B), Plaintiffs seek leave to provisionally seal redacted portions of Exhibit 1 to Plaintiffs' Reply Brief in Support of Their Motions in Limine.

In support of this request, Plaintiffs state that Exhibit 1 contains information previously determined by this Court to remain under seal. Dkt. 229. The sealed version of Exhibit 1, non-excerpted and without paragraph numbering, is located at Dkt. 217-1.

May 24, 2024                                   Respectfully submitted,

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            May 28, 2024

/s/ Troy A. Doles_____
Troy A. Doles (admitted *pro hac vice*)
Nathan Stump (admitted *pro hac vice*)
Heather Lea (admitted *pro hac vice*)
Kurt Struckhoff (admitted *pro hac vice*)
SCHLICHTER BOGARD LLP
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
(314) 621-6115, Fax: (314) 621-5934

## CERTIFICATE OF SERVICE

I hereby certify that, on May 24, 2024, a copy of the foregoing was served via email on Defendants' counsel of record.

By: /s/ Troy A. Doles