UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMRAN KHAN, et al.,

            Plaintiffs,

-against-

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al.,

            Defendants.

**ORDER**

20-CV-07561 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A pre-trial conference has been scheduled for **June 11, 2024 at 2:30 p.m.** to be held in courtroom 520 of the White Plains courthouse.

                      SO ORDERED:

Dated:  White Plains, New York
          May 29, 2024

                      _____
                      PHILIP M. HALPERN
                      United States District Judge