UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IMRAN KHAN, et al.,

                Plaintiffs,

v.

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-07561 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared today for a pre-trial conference. For the reasons set forth on the record and law cited therein, Plaintiffs' motion *in limine* (Doc. 214) is GRANTED IN PART (as to the second and third branches of the motion) and DENIED IN PART (as to the first branch of the motion). The Defendants' motion *in limine* (Doc. 218, 225 and 227-1) is GRANTED IN PART (as to the first and fourth branches, except that Demmer may testify as a fact witness to the extent indicated by the Court) and DENIED IN PART (as to the second and third branches).

    As explained more fully on the record during the appearance, the Court directs that by **July 19, 2024**, the parties:

1. Meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file a revised proposed Joint Pretrial Order;

2. Meet and confer regarding changes to the proposed Verdict Sheets and file a revised joint proposed Verdict Sheet;

3. Meet and confer regarding changes to the proposed Jury Instructions and file revised proposed Jury Instructions;

4. Meet and confer regarding changes to the proposed Findings of Fact and Conclusions of Law and file revised proposed Findings of Fact and Conclusions of Law;

5. File a joint letter setting forth any serious objections to the Voir Dire Questionnaire and Summary of the Case that were circulated by the Court at the conference, and any additions or deletions, in particular: any other people/places/entities that may be mentioned at trial; and names of other individuals who might be at counsel table besides those identified in the questions (like paralegals, interns, etc.).

A final pretrial conference is scheduled for **August 26, 2024 at 2:30 p.m**. Counsel shall be prepared to meet day to day thereafter in Courtroom 520 from 9:30 a.m. to 5:30 p.m. until all outstanding issues are resolved.

See Transcript.

The Clerk of Court is respectfully directed to terminate the pending motions (Doc. 214; Doc. 218; Doc. 225).

SO ORDERED.

Dated: White Plains, New York
June 11, 2024

_____
Philip M. Halpern
United States District Judge