# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN KHAN, et al., <br>                           *Plaintiffs*, <br> v. <br><br> BOARD OF DIRECTORS OF PENTEGRA DEFINED CONTRIBUTION PLAN, et al, <br>                           *Defendants*. | No. 7:20-cv-07561-PMH <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

Heather Lea hereby withdraws as an attorney-of-record for Plaintiffs in this action.

Plaintiffs will continue to be represented by Troy A. Doles, Nathan D. Strump, Kurt C. Struckhoff, Andrew D. Schlichter, Jerome J. Schlichter, Alexander L. Braitberg, Sean E. Soyars, and Scott A. Bumb, of Schlichter Bogard LLP.

Dated: September 20, 2024

/s/ Heather Lea
Heather Lea
SCHLICHTER BOGARD LLP
100 S. Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
E-mail: hlea@uselaws.com

---

Application to be relieved as counsel granted. The Clerk of Court is respectfully requested to terminate the appearance of Heather Lea as counsel in this action.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
          September 23, 2024