UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IMRAN KHAN, et al.,

                Plaintiffs,

v.

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-07561 (PMH)

PHILIP M. HALPERN, United States District Judge:

     A final pretrial conference is scheduled for **November 26, 2024 at 12:00 p.m**. to be held at the White Plains courthouse.

SO ORDERED.

Dated: White Plains, New York
        October 9, 2024

                                              _____
                                              Philip M. Halpern
                                              United States District Judge