# litIN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

IMRAN KHAN, et al.,

      *Plaintiffs*,

v.              No. 7:20-cv-07561

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al,

      *Defendants*.

## JOINT NOTICE OF FILING

  Attached hereto is an Amended Joint Exhibit List combining the two lists previously filed by the parties.

Dated: April 14, 2025

| /s/ Troy A. Doles | /s/ Edward J. Meehan (w/consent) |
|---|---|
| SCHLICHTER BOGARD LLC<br>Troy A. Doles*<br>Kurt C. Struckhoff*<br>Nathan D. Stump*<br>Jerome J. Schlichter*<br>100 South Fourth Street, Suite 1200<br>St. Louis, Missouri 63102<br>Telephone: (314) 621-6115<br>Facsimile: (314) 621-5934<br>tdoles@uselaws.com<br>kstruckhoff@uselaws.com<br>nstump@uselaws.com<br>hlea@uselaws.com<br>jschlichter@uselaws.com<br>*admitted pro hac vice<br><br>Class Counsel for All Plaintiffs | GROOM LAW GROUP, CHARTERED<br>Mark C. Nielsen, Bar No. MN4214<br>Sarah M. Adams (pro hac vice)<br>Edward J. Meehan (pro hac vice)<br>David N. Levine (pro hac vice)<br>Kevin L. Walsh (pro hac vice)<br>Ross P. McSweeney (pro hac vice)<br>1701 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>202-857-0620 (phone)/202-659-4503 (fax)<br>mnielsen@groom.com<br>sadams@groom.com<br>emeehan@groom.com<br>dlevine@groom.com<br>kwalsh@groom.com<br>rmcsweeney@groom.com<br>Attorneys for Defendants |

2

## CERTIFICATE OF SERVICE

I hereby certify that, on April 14, 2025, a copy of the foregoing was filed and served via ECF on Defendants' counsel of record.

By: /s/ Troy A. Doles