UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IMRAN KHAN, et al.,

                Plaintiffs,

v.

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-07561 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, all remaining deadlines in this matter are stayed while the parties formalize the terms of the formal class action settlement. The parties shall either move for preliminary approval of the settlement or file a joint letter advising the Court of the status of the action by May 16, 2025.

Dated: White Plains, New York
         May 2, 2025

                                                        _____
                                                        Philip M. Halpern
                                                       United States District Judge