# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN KHAN, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BOARD OF DIRECTORS OF PENTEGRA DEFINED CONTRIBUTION PLAN, *et al.*,<br><br>*Defendants.* | No. 7:20-cv-07561-PMH |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR APPROVAL OF INDEPENDENT FIDUCIARY ENGAGEMENT

This matter came before the Court upon Defendants' Motion for Approval of Independent Fiduciary Engagement. The Court having been fully advised in the premises, and without objection from Plaintiffs, IT IS HEREBY ORDERED THAT:

Defendants' Motion for Approval of Independent Fiduciary Engagement is **GRANTED.**

SO ORDERED this  3rd  day of September, 2025.

BY THE COURT:

_____
The Honorable Philip M. Halpern
United States District Judge