# GROOM LAW GROUP

Edward J. Meehan
(202) 857-0620
emeehan@groom.com

<u>Via ECF</u>

The Honorable Philip M. Halpern
The Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted. The transcript of the June 25, 2025 conference (Doc. 316) shall remain under seal.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             September 9, 2025

Re:   Joint Letter Motion to Seal June 25, 2025 Status Conference Transcript
<u>Khan v. Bd. of Dirs. of Pentegra Defined Contribution Plan</u>, 7:20-cv-07561

Dear Judge Halpern:

In accordance with the Notice of Filing of Official Transcript, Dkt. 311, and Your Honor's individual practices, Plaintiffs and Defendants respectfully move to seal the transcript of the status conference held on June 25, 2025.

The June 25th status conference was held "to discuss the matters raised in the [parties'] letter dated May 29, 2025 submitted in camera." *See* Dkt. 299. Because the May 29 letter discussed a sensitive issue arising from the parties' confidential settlement discussions, the parties jointly requested that it not be placed on the Court's public docket, which the Court permitted. That same issue was the subject of the June 25 status conference. *See* June 25, 2025 Minute Entry ("The Court ruled on the issue raised by the parties [in their letter dated May 29, 2025].""). Sealing the transcript of the June 25 conference would thus be consistent with the Court's earlier treatment of the sensitive issue raised in the May 29 letter.

GROOM LAW GROUP

September 8, 2025
Page 2

      Respectfully submitted,

/s/ Troy A. Doles (w/ consent)
SCHLICHTER BOGARD LLC
Troy A. Doles,* tdoles@uselaws.com
Nathan D. Stump,* nstump@uselaws.com
Kurt C. Struckhoff,* kstruckhoff@uselaws.com
Jerome J. Schlichter,* jschlichter@uselaws.com
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115 (p)/(314) 621-5934 (f)
*Class Counsel for All Plaintiffs*

*Admitted Pro Hac Vice

/s/ Edward J. Meehan
GROOM LAW GROUP, CHARTERED
Mark C. Nielsen, Bar No. MN4214
Edward J. Meehan,* emeehan@groom.com
Sarah M. Adams,* sadams@gromm.com
David N. Levine,* dlevine@groom.com
Kevin L. Walsh,* kwalsh@groom.com
Ross P. McSweeney,* rmcsweeney@groom.com
1701 Pennsylvania Ave., N.W.
Washington, D.C. 20006
202-857-0620 (p)/202-659-4503 (f)
*Attorneys for Defendants*

*Admitted Pro Hac Vice