UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  IMRAN KHAN, et al.,

                Plaintiffs,

v.

                **ORDER**

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al.,      20-CV-07561 (PMH)

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court is in receipt of two letters submitted *in camera* via e-mail to the Court without prior authorization, dated October 30, 2025 and October 31, 2025, respectively. The Court will not consider these letters unless and until they are filed and made a part of the record in this case.

      Accordingly, should they be so advised, the parties should file their letters to the docket via ECF. If any party believes the letter(s) should be filed under seal, they should be guided by the Court's Individual Practices, Local Civil Rules, ECF Rules & Instructions, and the Standing Order implementing new procedures for the storage and service of electronically filed sealed documents (25-mc-421).

Dated: White Plains, New York
       November 4, 2025

                                          _____
                                          Philip M. Halpern
                                          United States District Judge