IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMRAN KHAN, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BOARD OF DIRECTORS OF PENTEGRA DEFINED CONTRIBUTION PLAN, et al.,<br><br>    *Defendants*. | No. 7:20-cv-07561 |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL**

Please take notice that, upon the accompanying Memorandum of Law, dated November 18, 2025, and the declarations of Troy A. Doles and Analytics Consulting, LLC, Plaintiffs Imran Khan, Joan Bullock, and Pamela Joy Wood will move this Court before the Honorable Philip M. Halpern, at the Honorable Charles L. Brieant, Jr. Federal Building and Courthouse for the Southern District of New York, 300 Quarropas St., White Plains, New York 10601, on December 2, 2025 at 11:30 a.m., for an order granting Plaintiffs' Unopposed Motion for Final Approval.

November 18, 2025

Respectfully submitted,

/s/ Troy A. Doles
Jerome J. Schlichter (admitted *pro hac vice*)
Troy A. Doles (admitted *pro hac vice*)
Kurt C. Struckhoff (admitted *pro hac vice*)
Nathan D. Stump (admitted *pro hac vice*)
SCHLICHTER BOGARD LLC
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
(314) 621-6115, Fax: (314) 621-5934

*Class Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 18, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

                                      /s/ Troy A. Doles
                                      *Class Counsel for Plaintiffs*