UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IMRAN KHAN, et al.,

                  Plaintiffs,

v.

                            **ORDER**

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al.,       20-CV-07561 (PMH)

                  Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court held a hearing today on the unopposed motion for final approval of class action settlement in this matter.

For the reasons stated on the record and law cited therein, the unopposed branches of the motion that sought attorneys' fees and reimbursement costs are GRANTED, and the Court approves attorneys' fees in the amount of $16,513,179 and costs in the amount of $1,044,209.46.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 326).

Dated: White Plains, New York
       December 2, 2025

                           _____
                           Philip M. Halpern
                           United States District Judge