UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IMRAN KHAN, et al.,

                Plaintiffs,

v.

BOARD OF DIRECTORS OF PENTEGRA
DEFINED CONTRIBUTION PLAN, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-07561 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a hearing today on the unopposed motion for final approval of class action settlement in this matter.

For the reasons stated on the record and law cited therein, the opposed branch of the motion that sought case contribution awards for the class representatives is GRANTED, and the Court approves the awards of $25,000 each to Imran Khan, Joan Bullock, and Pamela Joy Wood.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 326).

Dated: White Plains, New York
       December 2, 2025

                                                            _____
                                                            Philip M. Halpern
                                                           United States District Judge